**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

RONALD REEL (#356002)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

24-221-SDD-SDJ

**RULING**

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated July 15, 2025, to which an *Objection*[3] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's *Motion for Partial Summary Judgment*[4] is DENIED, and Defendants' *Motion for Summary Judgment*[5] is GRANTED, dismissing all of Plaintiff's claims against all Defendants, with prejudice.

Signed in Baton Rouge, Louisiana on August 28, 2025.

*Shelley D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 33 and 34.
[2] Rec. Doc. 38.
[3] Rec. Doc. 39.
[4] Rec. Doc. 34.
[5] Rec. Doc. 33.